Argued and submitted May 28, sentences modified in part; otherwise affirmed
June 23, 1993

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA A. SWEARENGEN,
*Appellant.*

(89D102065; CA A74721 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA ANNA SWEARENGEN,
*Appellant.*

(92D101377; CA A74722)

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA SWEARENGEN,
*Appellant.*

(90D102707; CA A74723)

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA ANNA SWEARENGEN,
*Appellant.*

(91D104506; CA A74724)

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA ANN SWEARENGEN,
*Appellant.*

(91D106357; CA A74725)

STATE OF OREGON,
*Respondent,*

*v.*

MARCELLA ANNA SWEARENGEN,
*Appellant.*

(89D100516; CA A74749)
(Cases Consolidated)

854 P2d 505

Dan Maloney, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from six judgments requiring execution of defendant's previously suspended sentences for four convictions for driving under the influence of intoxicants and two convictions for driving while suspended. The state concedes that the court erred by ordering that the sentences in 91D104506 and 89D100516 run consecutively both to each other and to the sentences for three other unrelated convictions. *State v. McBride*, 103 Or App 642, 798 P2d 728 (1990). We accept the concession.

Execution of sentences in 91D104506 and 89D100516 modified by deletion of requirement that they be served consecutively; otherwise affirmed.